**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00690-CV

### CLEOTHIS SPEARMAN, Appellant

### V.

### JOHNNY LEE MORRIS, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11204**

## ORDER

Before the Court are appellant's September 9, 2013 motion to proceed pro se and September 10, 2013 motion for an extension of time to file a brief. We treat appellant's motion to proceed pro se as a motion to dismiss her attorney, Karyn Thomas. We **GRANT** appellant's motion. We **DIRECT** the Clerk of this Court to remove Karyn Thomas as counsel for appellant. We further **DIRECT** the Clerk of this Court to send all future correspondence to appellant at: 3662 Camp Wisdom Rd., Suite 2073, Dallas, Texas 75237.

We **GRANT** appellant's motion for an extension of time to file a brief. We **ORDER** the brief tendered by appellant to this Court on August 30, 2013 filed as of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to appellant, Karyn Thomas, and counsel for appellee.

/s/     DAVID LEWIS
         JUSTICE